# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| **WESTERN FLYER EXPRESS, LLC,** | § | |
| **RWTL CAPACITY SOLUTIONS, LLC** | § | |
| | § | **Case Number:  WA:25-CV-00517-ADA** |
| **vs.** | § | |
| | § | |
| **LORI CHAVEZ-DEREMER,** | | |
| **DEPARTMENT OF LABOR, OFFICE OF** | | |
| **ADMINISTRATIVE LAW JUDGES,** | | |
| **JONATHAN C CALIANOS** | | |
| *Defendant* | | |

# ORDER SETTING HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is SET for Motions Hearing (in person), in U.S. Magistrate Court, Courtroom No. 3, Second Floor, 800 Franklin Avenue, Waco, Texas,  on Wednesday, June 10, 2026, at 2:30 p.m. The Parties will present their arguments regarding the Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgement (Dkt. No. 8).

IT IS SO ORDERED this 6th day of April, 2026.

_____
DAN N. MACLEMORE
UNITED STATES MAGISTRATE JUDGE